STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant WILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE WILEY, JR.,<br><br>Defendant. | Case No. CR 17-0005 CRB (MEJ)<br><br>EMERGENCY REQUEST TO TRAVEL TO FUNERAL AND [PROPOSED] ORDER RE: SAME |

   Defendant Willie Wiley is under pretrial supervision with a condition that he reside at the halfway house and only leave for certain limited reasons. Unfortunately, Mr. Wiley's uncle recently passed away and he would like to attend the funeral and family gathering on Saturday, February 4, 2017. There is a funeral, burial and then a family gathering to grieve and memorialize his uncle. Accordingly, he is requesting permission to leave the halfway house from 10:00 a.m. to 8:00 p.m. to attend the funeral. The Pretrial Services Officer has no objection to this request.

   The government, however, which objected to his release to the halfway house in the first place, objects to this request. The government states that it would agree to a shorter release, "perhaps 4 hours." The government indicated that it was especially concerned in light of the notice of alleged violation that was filed today.

*US v. Wiley*, Case No.17-005 CRB (MEJ);
REQ. TO TRAVEL & [PROPOSED] ORDER            1

Mr. Wiley will not be able to attend the funeral, burial and family gathering within four hours. Additionally, Mr. Wiley has difficulty understanding how restricting him to four hours would address a concern for using a controlled substance, if that indeed is the concern.  Moreover, Mr. Wiley has yet to appear before the Court to discuss the alleged violation, nor have the underlying lab reports been provided to show the alleged levels of drug use (i.e., whether there are falling levels of marijuana, which would reflect that there is no current usage.).  The government's unusual position that a defendant should not be permitted to attend a family funeral is troubling under these circumstances.

As the Court may recall from the detention hearing, the alleged conduct against Mr. Wiley occurred in June 2016, and he was not brought to federal Court until January 9, 2017.  He had been out of custody and working for months before being picked up by federal agent.  He has been reporting for all appointments with Pretrial and testing as requested.  *At worst*, he has a drug problem that needs to be addressed with treatment; he should not be "punished" by not being permitted to attend a family funeral, especially where Pretrial Services has no objection to the request.

Accordingly, for the reasons stated, Mr. Wiley requests that the Court signed the enclosed proposed order permitting him to leave from 10:00 a.m. to 8:00 p.m. on Saturday, February 4, 2017.  If the Court requests a hearing on the matter, Mr. Wiley requests that it be set as soon as possible because the funeral is this Saturday.

Dated: February 2, 2017                              Respectfully submitted,

                                                     _____
                                                     JODI LINKER
                                                     Attorney for Defendant

STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant WILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-0005 CRB (MEJ) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO TRAVEL TO FUNERAL |
| WILLIE WILEY, JR., | |
| Defendant. | |

The conditions of defendant Willie Wiley, Jr.'s conditions of pretrial release in the above-captioned matter are amended as follows:

Mr. Wiley may leave the halfway house from 10:00 a.m. to ~~8:00~~ 4:00 PM p.m. on Saturday, February 4, 2017. All other terms and conditions of his release shall remain in place.

IT IS SO ORDERED.

February 2, 2017
Date

_____
MARIA ELENA JAMES
United States Magistrate Judge

US v. Wiley, Case No.17-005 CRB (MEJ);
REQ. TO TRAVEL & [PROPOSED] ORDER         3