IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-05 CRB |
| Plaintiff, | **ORDER SETTING HEARING** |
| v. | |
| WILLIE WILEY, JR., | |
| Defendant. / | |

The Court hereby DIRECTS the parties in this case to appear in court on <u>Wednesday, May 3, 2017 at 1:30 P.M.</u> The Chief of the Appellate Division is also directed to attend. Defendant's presence may be waived.

**IT IS SO ORDERED.**

Dated: May 2, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

C:\Users\crblc1\Desktop\blank order.wpd