IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIE WILEY, JR.,<br><br>　　　　Defendant.　　　　　　　　／ | No. CR 17-05 CRB<br><br>**ORDER DIRECTING FILING** |

　　　The government is hereby DIRECTED to file by close of business on <u>Monday, May 8, 2017</u>, its explanation of the representations it made at the May 2, 2017 hearing in light of the body camera footage played at the May 3, 2017 hearing.

　　　**IT IS SO ORDERED.**

Dated: May 4, 2017

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2017\5\Wiley - order directing filing.wpd