United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIE WILEY, JR.,<br><br>　　　　Defendant.　　　　　　/ | No. CR 17-05 CRB<br><br>**ORDER REGARDING GOVERNMENT'S RESPONSE** |

The Court is in receipt of the government's letter of May 8, 2017, apologizing for making misleading and inaccurate statements during the May 2, 2017 hearing on the motion to suppress. See Response (dkt. 80). Inasmuch as the Court did not rely on the government's misrepresentations in deciding the motion, no further action will be taken.

**IT IS SO ORDERED.**

Dated: May 9, 2017

　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2017\5\Wiley - order re gov response.wpd