United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIE WILEY, JR.,<br><br>    Defendant. | No. CR 17-05 CRB<br><br>**FURTHER ORDER REGARDING GOVERNMENT'S RESPONSE** |

In its Order of May 9, 2017 (dkt. 81), the Court did not intend to characterize the statements made by the government at the May 2, 2017 hearing as willful misrepresentations.

**IT IS SO ORDERED.**

Dated: June 8, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2017\5\Wiley - further order re gov response.wpd