UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>WILLIE WILEY, JR.,<br><br>　　Defendant. | NO. CR 17-00005 CRB<br><br>[~~PROPOSED~~] ORDER |

Leave is granted to the government to dismiss without prejudice the indictment.

Date: June 9, 2017

_____
HON. CHARLES R. BREYER
United States Senior District Judge

NOTICE OF DISMISSAL (CR 17-00005 CRB)